APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 12, 1902, which modified, and affirmed as modified, an order of Special Term granting writs of mandamus directing the recanvass of votes in certain election districts in the city of Mount Vernon.

*Roger M. Sherman* for appellant.

*William N. Dykman, William A. Ferguson* and *Charles W. Sinnott* for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, VANN, CULLEN and WERNER, JJ.

---

In the Matter of the Application of EDWARD F. BRUSH, Appellant, for a Recount of the Ballots Cast for the Office of Mayor of the City of Mount Vernon.

EDWIN W. FISKE, Respondent.

*Matter of Brush,* 72 App. Div. 630, affirmed.
(Argued June 12, 1902; decided June 27, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May

31, 1902, which modified, and affirmed as modified, an order of Special Term deciding the validity of certain ballots cast for the office of mayor of the city of Mount Vernon.

*Roger M. Sherman* for appellant.

*William N. Dykman, William A. Ferguson* and *Charles W. Sinnott* for respondent.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, VANN, CULLEN and WERNER, JJ.